## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DAVID JONES,

    Plaintiff,

vs.

ATTORNEY GENERAL MIKE DEWINE, et al.,

    Defendants.

:
:
:
:
:
:
:
:

Case No. 3:15cv00325

District Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

**DECISION AND ENTRY**

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 22, 2015 (Doc. #4) is ADOPTED in full;

2. Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2);

3. The Court certifies under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal, if any, would not be taken in good faith; and,

4. The case is terminated on the docket of this Court.

October 15, 2015

                                                                          \*s/Thomas M. Rose

                                                                        _____

                                                                          Thomas M. Rose
                                                                United States District Judge